IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01546-RBJ

PAHOUA XIONG, an individual resident Colorado

Plaintiff,

v.

BRUCE THOMPSON, an Ohio resident, and
KNIGHT TRANSPORTATION, an Arizona Corporation

Defendants.

and

KNIGHT TRANSPORTATION, an Arizona Corporation,

Counter-Claim Plaintiff,

v.

PAHOUA XIONG, an individual resident Colorado,

Counter-Claim Defendant.

and

KNIGHT TRANSPORTATION, an Arizona Corporation,

Third-Party Plaintiff,

v.

BRISTOL WEST INSURANCE COMPANY,
COLORADO-BW INSURANCE AGENCY, INC.,
EXCALIBUR RECOVERY SERVICES, INC.,

Third-Party Defendants.

6054

ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF
COUNTERCLAIMS AND THIRD PARTY CLAIMS, ONLY

**THIS MATTER**, having come to be heard upon the Parties Stipulation for Dismissal with prejudice of Counterclaims and Third Party Claims only, the Court having reviewed same and being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal with Prejudice of Counterclaims and Third Party Claims, only, is GRANTED. The Court specifies that the dismissal, with prejudice, only applies to

(1) The Counterclaim of Knight Transportation against Pahoua Xiong; and,

(2) The Third Party Claims of Knight Transportation against Bristol West Insurance Company, Colorado-BW Insurance Agency, Inc., and Excalibur Recovery Services, Inc.  Further the Court states that this dismissal shall have no effect on Plaintiff Pahoua Xiong's claims against Defendant Knight Transportation; and that each party to this Stipulation pay her/its own fees and costs incurred to date.

**DATED** this 14th day of January, 2013.

BY THE COURT:

_____
U.S. District Court Judge