IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01546-RBJ

PAHOUA XIONG,

    Plaintiff,

v.

BRUCE THOMPSON and
KNIGHT TRANSPORTATION, Inc.,
an Arizona corporation,

    Defendants.

___

## ORDER RE MOTION TO AMEND SCHEDULING ORDER
___

THIS MATTER COMING before the Court upon Plaintiff's MOTION TO AMEND SCHEDULING ORDER and the Court having reviewed the Motion, and being otherwise fully advised in the premises, does hereby order that the Plaintiff's Motion to Amend Scheduling Order is granted and all the deadlines are hereby extended 90 days with the exception of the final pretrial conference.

IT IS FURTHER ORDERED that Plaintiff's First Amended Scheduling Order is accepted for filing.

DATED this 1st day of November, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Court Judge