IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 12-cv-01546-RBJ

PAHOUA XIONG,

    Plaintiff,

v.

BRUCE THOMPSON and
KNIGHT TRANSPORATION,

    Defendants.

---

ORDER RE UNOPPOSED MOTION TO AMEND FIRST CIVIL SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF DEADLINE AND EXTEND THE LENGTH OF THE TRIAL

---

THIS MATTER COMING Before the Court upon Plaintiff's UNOPPOSED MOTION TO AMEND FIRST CIVIL SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF DEADLINE AND EXTEND THE LENGTH OF THE TRIAL and the Court having reviewed the Motion, and being otherwise fully advised in the premises, does hereby order that Plaintiff's Motion is GRANTED. The new discovery cut-off deadline in this matter is May 23, 2014, and Second Amended Scheduling Order is accepted as filed.

IT IS FUTHER ORDERED that the trial scheduled June 23, 2014 has been extended by two additional days for a total of 5 days.

DATED this 26th day of February, 2014.

                                          BY THE COURT:

                                          *Brooke Jackson*

_____
R. Brooke Jackson
United States District Judge