**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01546-RBJ

PAHOUA XIONG,

    Plaintiff,

v.

KNIGHT TRANSPORATION, INC,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order, docket entry 102 of Judge R. Brooke Jackson entered on 12/29/2014 it is ORDERED that Final judgment shall enter on behalf of the plaintiff, Pahoua Xiong, and against the defendant, Knight Transportation, Inc. in the amount of seven hundred seventy-two thousand seven hundred fifteen dollars and ninety-seven cents ($772,715.97) plus post-judgment interest at the rate of .10%.

    Dated at Denver, Colorado this 29th day of December, 2014.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                       By:  s/  T.Schaffer

                                      T.Schaffer
                                      Deputy Clerk